ORIGINAL

FILED

12/04/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0062

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 24-0062

IN RE THE PARENTING OF E.C.F. AND E.H.F:

ELIZABETH FARNHAM,

      Petitioner and Appellee,

and

ERIK FARNHAM,

      Respondent and Appellant.

O R D E R

FILED

DEC 0 4 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Erik Farnham (Erik) appeals from the Order Amending Findings of Fact, Conclusions of Law and Order and Revised Amended Final Parenting Plan issued January 9, 2024, by the Fourth Judicial District Standing Master Gail Bourguignon. Erik filed a Notice of Appeal from these orders on February 1, 2024. The parties then briefed the matter. Appellee, Elizabeth Farnham, subsequently filed a Motion to Dismiss on October 28, 2024, asserting dismissal is appropriate as Erik failed to file with the District Court any objection(s) to the January 9, 2024 Orders issued by the Standing Master as required by § 3-5-126(2), MCA.

Having reviewed the briefs, the Court has determined that this appeal must be dismissed. Under § 3-5-126, MCA, a party may not appeal directly to this Court from an order of a standing master. Rather, within ten days after being served with notice of the filing of the standing master's findings and conclusions or order, an objecting party must serve written, specific objections for review by the District Court. "The district court, after a hearing, if requested, may adopt the findings of fact and conclusions of law or order and may modify, reject in whole or in part, receive further evidence, or recommit the matter to

the standing master with instructions." Section 3-5-126(2), MCA. We made clear in *Beals v. Beals*, 2013 MT 120, ¶ 13, 370 Mont. 88, 300 P.3d 1158, that "[u]ntil such time as the District Court enters a final decision in accordance with § 3-5-126(2), MCA, an appeal to this Court is not ripe."

As in *Beals*, the record does not reflect that objections were filed or that application to the District Court for action upon the findings and conclusions or order was made by any party. *Beals*, ¶ 13. Accordingly,

IT IS ORDERED that this appeal is DISMISSED without prejudice.

Dated this ____ day of December, 2024.

_____

_____

_____

_____

_____
Justices

2